UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NELSON WYLLIE,

    Plaintiff,

vs

TRALONGO, LLC, a Florida limited liability company, TRISH GEORGE individually, MARY HUGHES individually, and, BETHANY ROSE individually.

    Defendants.

Case No. 18-cv-10343

Hon. Paul D. Borman

---

Robert L. Levi (P42598)
ROBERT LEVI, P.C.
Attorney for Plaintiff
6675 Edwood Ave.
West Bloomfield, MI 48324
248-336-4212
robert@robertlevilaw.com

Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
JACKSON LEWIS P.C.
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
rubina@jacksonlewis.com
blaine.veldhuis@jacksonlewis.com

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

    This matter having come before the Court on the stipulation of the Parties, the Court having reviewed same and otherwise being duly advised in the premise:

    **IT IS HEREBY ORDERED** that this case be and is hereby **DISMISSED** *with prejudice* and *without* fees or costs.

    **IT IS SO ORDERED.**

                                                     **U.S. DISTRICT COURT JUDGE**

SEP 0 4 2018

Stipulated to form and substance:

/s/ Robert L. Levi
Robert L. Levi (P42598)
*Attorney for Plaintiff*


/s/ Allan S. Rubin
Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
*Attorneys for Defendants*

4851-9843-1344, v. 1